IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIFFANY MCCALL | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-933 |
| MONTGOMERY COUNTY OFFICE | : | |
| OF CHILD AND YOUTH, *et al.* | : | |

## ORDER

AND NOW, this 10th day of July, 2023, upon consideration of Plaintiff Tiffany McCall's

Notice of Removal (ECF No. 2), and *pro se* Complaint (ECF No. 7), for the reasons stated in this

Court's Memorandum, it is **ORDERED** that:

1.      The Clerk of Court is **DIRECTED** to mark as "participant view only" the

Dependency Petition attached as an Exhibit to McCall's Notice of Removal (ECF No. 2-1).

2.      The Dependency Petition that is the subject of McCall's Notice of Removal is

**REMANDED** to the Court of Common Pleas of Montgomery County.

3.      The Complaint is **DISMISSED WITHOUT PREJUDICE** .

4.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                    **BY THE COURT:**


                    ___*/s/ R. Barclay Surrick*____
                    **R. BARCLAY SURRICK, J.**